ORIGINAL

RECEIVED
OVER THE COUNTER

OCT 24 2007

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

5:00

07-744 C

Plaintiff(s) or Petitioner(s)
_____Information Sciences Corporation______________________________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): _William A. Shook__________________

Firm Name: _Kirkpatrick & Lockhart Preston Gates Ellis LLP____________________

Post Office Box: ______________________________

Street Address: _1601 K Street, N.W. ____________________

City-State-Zip: _Washington, DC 20006______________________________

Telephone & Facsimile Numbers: _(202) 778-9000 (ph.); (202) 778-9100______________

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? XX Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 140
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: GSA
See attached sheet for three-digit codes.

Amount Claimed: $_N/A______________________________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? XX Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $17,482,136______________
Is plaintiff a small business? XX Yes ☐ No

Vaccine Case:
Date of Vaccination: _N/A____________________

Related Cases:
Is this case directly related to any pending or previous case? XX Yes ☐No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.