ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP. Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | ) | CA 07-744 C JUDGE: |

FILED OCT 2 4 2007 U.S. COURT OF FEDERAL CLAIMS

NOTICE OF DIRECTLY RELATED CASE

Plaintiff, Information Sciences Corporation ("ISC"), pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, hereby notifies the Court that its Complaint filed October 22, 2007, is directly related to a previous case adjudicated by the Court. ISC's Complaint seeks relief based on the improper award by the General Services Administration ("GSA") of a contract to Symplicity Corporation ("Symplicity") under Solicitation Number TQN-04-RA-0001.

1. The previous case was Case Number 05-1342C, (Judge Braden), Information Sciences Corp. v. United States, 73 Fed.Cl. 70 (2006), Motion for Reconsideration and Clarification granted-in-part and denied-in-part, 75 Fed.Cl. 406 (2007).

2. ISC was found to be entitled to injunctive relief in the previous case. GSA was required to appoint a new source selection authority to reevaluate proposals and re-award a contract based on the solicitation and applicable law and regulation. GSA has again made an improper award under the same solicitation.

3. This Complaint involved the same parties, Plaintiff ISC and Defendant United States of America. In addition to the Court and the Defendant, this Notice will be provided to the Intervenor in the previous case, Gallagher, Hudson, Hudson & Hunsberger, Inc. (d/b/a Development InfoStructure or DEVIS).

4. The previous case involved a record of approximately 2,000 pages of documents, pre-hearing briefing by all parties, an oral argument and post-hearing briefs from all parties. The initial protest was filed on December 22, 2005, with a decision issued on September 19, 2006 and a decision on Defendant's Motion for Reconsideration and Clarification issued on February 26, 2007. Assignment to the same judge, Judge Braden, is likely to conserve judicial resources and promote an efficient determination of this action because it will preclude the need for any newly-assigned judge to become familiar with the facts of the case and the issues involved.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: October 24, 2007