ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
OCT 24 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., Plaintiff, | ) | CASE NUMBER 07-744 C |
| v. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | JUDGE: |

MOTION FOR LEAVE TO FILE UNDER SEAL ITEMS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, INFORMATION SCIENCES CORPORATION ("ISC"), hereby moves to file certain items under Seal with this Honorable Court, stating as follows:

1. This is a government procurement protest.
2. Plaintiff ISC, in submitting a memorandum and other documents in support of its Motion for Temporary Restraining Order and Preliminary Injunction, necessarily must rely upon certain trade secret and confidential information.
3. ISC has also separately moved for entry of a Protective Order governing this confidential information. ISC notified the Defendant of its intention to file this Motion for a Protective Order by complying with the pre-filing notification requirement found in Appendix C of the Rules of the United States Court of Federal Claims on October 19, 2007.
4. Defendants have full access to the information in question.

Respectfully submitted,

[signature]

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: October 24, 2007