# In the United States Court of Federal Claims

No. 07-744C
Filed: October 26, 2007

| | |
|---|---|
| INFORMATION SCIENCES CORP., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | * |
| Intervenor-Plaintiff. | * |

**ORDER**

Pursuant to the October 26, 2007 telephone status conference, the court enters the following motion and schedule:

Developmental InfoStructure, Inc.'s (DEVIS') October 25, 2007 Motion To Intervene is hereby granted, pursuant to RCFC 24.

The court hereby enters the following schedule:

1. Dispositive Motions

The Plaintiff and Intervenor shall file Motions for Judgment on the Administrative Record on or before November 12, 2007. The Government shall file a Response on or before November 26, 2007.

2. Hearing

A hearing will be held on November 28, 2007, at 2 p.m. EST, at the National Courts Building, 717 Madison Place NW, Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**