# In the United States Court of Federal Claims

**07-744 C**

**Filed: October 29, 2007**

**INFORMATION SCIENCES CORP.**

**v.**

**THE UNITED STATES**

APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL
(Edward H. Meyers)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.