IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., | ) | |
| Plaintiff, | ) | |
| | ) | BID PROTEST |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-744 |
| | ) | (Judge Braden) |
| Defendant, | ) | |
| and | ) | |
| DEVELOPMENT INFOSTRUCTURE, INC., | ) | |
| Intervenor. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of GREGG M. SCHWIND, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530

Tel: (202) 353-2345
Fax: (202) 514-8624

s/Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney

Dated: November 14, 2007