# In the United States Court of Federal Claims

No. 07-744C
Filed: November 16, 2007

| | |
|---|---|
| INFORMATION SCIENCES CORP., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | * |
| Intervenor-Plaintiff. | * |

**ORDER**

Intervenor-Plaintiff's November 16, 2007 Motion For Leave To Correct Its Memorandum In Support of Its Motion For Judgment On The Administrative Record is granted.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**