IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and,<br><br>GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development InfoStructure or Devis),<br><br>Intervenor. | ) | No. 07-744C<br>(Judge Braden) |

**<u>PLAINTIFF'S UNOPPOSED MOTION TO CHANGE ORAL ARGUMENT DATE</u>**

Counsel for Plaintiff hereby respectfully requests that oral argument, previously scheduled for 2:00 p.m. on Wednesday, November 28, 2007 be scheduled for 2:00 p.m. on Thursday, November 29, 2007. This proposed changed is necessitated by previously unscheduled travel out of town. Neither Defendant nor Intervenor oppose this proposed change. Plaintiff notes that counsel for Defendant is unavailable on Friday, November 30, 2007.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100
Email: bill.shook@klgates.com

Date: November 19, 2007