# In the United States Court of Federal Claims

No. 07-744C
Filed: November 20, 2007

| | |
|---|---|
| INFORMATION SCIENCES CORP., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | * |
| Intervenor-Plaintiff. | * |

**ORDER**

Plaintiff's November 19, 2007 Unopposed Motion To Change Oral Argument Date is hereby granted. The oral argument is now scheduled for Thursday, November 29, 2007, at 2pm EST, at the National Courts Building, 717 Madison Place NW, Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**