# In the United States Court of Federal Claims

No. 07-744C
Filed: November 30, 2007

| | |
|---|---|
| INFORMATION SCIENCES CORP., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | * |
| Intervenor-Plaintiff. | * |

**ORDER**

Pursuant to the November 30, 2007 telephone status conference, the court enters the following schedule: The Government will file a Post-Hearing Brief on or before January 3, 2008. The Plaintiff and Intervenor will file Responses on or before February 4, 2008.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**