# In the United States Court of Federal Claims

No. 07-744C
Filed: December 3, 2007

| | |
|---|---|
| ************************************* | |
| | * |
| INFORMATION SCIENCES CORP., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| GALLAGHER, HUDSON, HUDSON & | * |
| HUNSBERGER, INC. (d/b/a Development | * |
| Infostructure or Devis), | * |
| | * |
| Intervenor-Plaintiff. | * |
| | * |
| ************************************* | |

**ORDER**

Pursuant to Plaintiff and Intervenor's request, and for good cause shown, the court hereby orders the Government to submit copies of the Government's current FBO System Contract Modification with Symplicity Corporation, from solicitation TQN-04-RA-0001, to Plaintiff and Intervenor on or before December 10, 2007.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**