**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

| | | |
|---|---|---|
| INFORMATION SCIENCES CORPORATION<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES<br><br>Defendant<br><br>and<br><br>GALLAGHER, HUDSON, HUDSON<br>& HUNSBERGER<br>(d/b/a Development Infostructure or Devis)<br><br>Intervenor-Plaintiff. | ) | Case No. 07-744C<br><br>(Judge Braden) |

**ORDER**

Symplicity's December 3, 2007 Motion to Intervene is granted.

**IT IS SO ORDERED**.

**SUSAN G. BRADEN**
Judge