**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, Applications For Access To Information Under Protective Order By Outside or Inside Counsel for Richard L. Moorhouse, David T. Hickey and Emily C. Parker, counsel for Symplicity Corp., were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard L. Moorhouse
Richard L. Moorhouse