# In the United States Court of Federal Claims

No. 07-744C
Filed: December 11, 2007

************************************
INFORMATION SCIENCES CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis),

Intervenor-Plaintiff,

and

SYMPLICITY CORPORATION,

Intervenor-Plaintiff.
************************************

**ORDER**

Symplicity Corporation's December 3, 2007 Motion To Intervene is hereby granted, pursuant to RCFC 24.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**