# In the United States Court of Federal Claims

No. 07-744C
Filed: December 11, 2007

| | |
|---|---|
| INFORMATION SCIENCES CORP., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | * |
| Intervenor-Plaintiff, | * |
| and | * |
| SYMPLICITY CORPORATION, | * |
| Intervenor-Plaintiff. | * |

## ORDER

Pursuant to Plaintiff's and Intervenor DEVIS's request, and for good cause shown, the court hereby orders the Government to submit copies of any and all past, current and future FBO System Contract Modifications with Symplicity Corporation, from solicitation TQN-04-RA-0001, to Plaintiff and Intervenor DEVIS as soon as is practicable, through the pendency of this case.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**