**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-744C |
| Defendant, | ) | (Judge Braden) |
| and | ) | |
| DEVELOPMENT INFOSTRUCTURE | ) | |
| Intervenor-Plaintiff, | ) | |
| and | ) | BID PROTEST |
| SYMPLICITY CORP., | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 14 days, to and including January 21, 2008, within which to file its response to Devis' motion to unseal the proposed redacted copy of Symplicity's Contract Modification PS02. Defendant's response is currently due to be filed on January 7, 2008. This is defendant's first request for an enlargement of time to respond to this motion. Government counsel has contacted counsel for Devis and ISC to request their position; as of the filing of this motion, neither counsel has responded. Counsel for Symplicity states that Symplicity does not oppose the motion.

There is good cause for this motion. Defendant's counsel are currently participating in

trials before the Court in Amber Resources Co., et al., v. United States, No. 02-30 (Fed. Cl.) (first phase of trial held from December 3 – 6; second phase begins on January 7 and will run at least through January 11), and Holland, et al. v. United States, No. 95-524 (Fed. Cl.) (trial commenced on December 3 and continued until December 21, 2007; trial resumed on January 3, continuing until January 18, 2008), and preparing for trial in Ambase Corp., et al. v. United States, No. 95-531 (Fed. Cl) (trial set to commence February 11, 2008). Pressing trial schedules thus necessitate the enlargement.

The holiday plans of defendant's counsel further hampered defendant's ability to respond to Devis' motion, filed one day before the weekend preceding Christmas. Defendant's counsel was also pressed by the filing deadline for its post-hearing brief in this case (filed on January 3, 2008, with no extensions) and the need to provide a thorough response to issues raised in the hearing. Defendant also needs time to obtain necessary supervisory review of its response to Devis' motion. In any event, Defendant requires a short enlargement to fully address the arguments raised in Devis' motion.

Finally, counsel is hopeful that Devis' motion can be resolved without Court intervention. To that end, we proposed on January 4, 2008, permitting Devis' counsel to disclose certain aspects of the modification while maintaining its protected status. Devis has not yet responded to our compromise proposal.

**CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court grant its motion for a 14-day enlargement of time within which to file its response to Devis' motion to unseal the proposed redacted copy of Symplicity's Contract Modification PS02.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
AMANDA L. TANTUM
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W
Washington, D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

KEVIN J. RICE
Office of General Counsel
General Services Administration
1800 F Street, N.W.
Washington, D.C. 20405

January 6, 2008