# In the United States Court of Federal Claims

No. 07-744C
Filed: January 8, 2008

| | |
|---|---|
| INFORMATION SCIENCES CORP., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | * |
| Intervenor-Plaintiff, | * |
| and | * |
| SYMPLICITY CORPORATION, | * |
| Intervenor-Defendant. | * |

**ORDER**

Defendant's January 6, 2008 Motion for Enlargement of Time is hereby **GRANTED.** Defendant is hereby ordered to file its Response to Intervenor-Plaintiff's December 20, 2007 Motion to Unseal, by January 22, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**