# In the United States Court of Federal Claims

No. 07-744C
Filed: January 18, 2008

| | |
|---|---|
| INFORMATION SCIENCES CORP., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | |
| Intervenor-Plaintiff, | |
| and | |
| SYMPLICITY CORPORATION, | |
| Intervenor-Defendant. | |

## ORDER

Plaintiff and Plaintiff-Intervenor's January 17, 2008 Motion For Leave To Correct The Reply To Defendant's And Defendant-Intervenor's Opposition To Motion For Leave To File A Second Amended Complaint And Application For Temporary Restraining Order And Motion For Preliminary And Permanent Injunction is, hereby, granted.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**