# In the United States Court of Federal Claims

No. 07-744C
Filed: January 24, 2008

| | |
|---|---|
| INFORMATION SCIENCES CORP., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | |
| Intervenor-Plaintiff, | |
| and | |
| SYMPLICITY CORPORATION, | |
| Intervenor-Defendant. | |

## ORDER

For good cause shown, the Government's January 22, 2008 Motion For Leave To File Sur-Reply is, hereby, granted.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**