**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | No. 07-744C (Judge Braden) |
| and | ) | |
| DEVELOPMENT INFOSTRUCTURE Intervenor-Plaintiff, | ) | |
| and | ) | |
| SYMPLICITY CORP., Intervenor-Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO**
**PLAINTIFF'S AND INTERVENOR-PLAINTIFF'S POST-HEARING BRIEFS**

Defendant, the United States, respectfully moves for leave to file the attached response to Plaintiff Information Sciences Corp.'s ("ISC") post-hearing brief, and Intervenor-Plaintiff Development Infostructure, Inc.'s ("Devis") post-hearing brief, both filed February 4, 2008, to address material misstatements contained in both post-hearing briefs.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Gregg M. Schwind

OF COUNSEL:

GREGG M. SCHWIND
AMANDA L. TANTUM
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W
Washington, D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624
Attorneys for Defendant

January 21, 2008