# In the United States Court of Federal Claims

No. 07-744C
Filed: February 22, 2008

**************************************
*
INFORMATION SCIENCES CORP., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GALLAGHER, HUDSON, HUDSON & *
HUNSBERGER, INC. (d/b/a Development *
Infostructure or Devis), *
*
Intervenor-Plaintiff, *
*
and *
*
SYMPLICITY CORPORATION, *
*
Intervenor-Defendant. *
*
**************************************

**ORDER**

Defendant-Intervenor's Motion To File Response To Plaintiff's Reply To Defendant's Response To Plaintiff's Motion For Reconsideration Of Plaintiff's Motion For Preliminary Injunction is hereby granted. Defendant-Intervenor is hereby ordered to file the Response as a separate filing, and to re-submit a *notarized* Affidavit of Mr. Ariel M. Friedler.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**