# In the United States Court of Federal Claims

No. 07-744C
Filed: February 22, 2008

*************************************
INFORMATION SCIENCES CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis),

Plaintiff-Intervenor,

and

SYMPLICITY CORPORATION,

Defendant-Intervenor.
*************************************

**ORDER**

The Government's February 21, 2008 Motion For Leave To File Response To Plaintiff's And Plaintiff-Intervenor's Post-Hearing Briefs is hereby granted.

The court will accept no further submissions in this case after the close of business on February 27, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**