# In the United States Court of Federal Claims

No. 07-744C
Filed: March 6, 2008
Not For Publication

| | |
|---|---|
| INFORMATION SCIENCES CORP., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | |
| Plaintiff-Intervenor, | |
| and | |
| SYMPLICITY CORPORATION, | |
| Defendant-Intervenor. | |

**ORDER REGARDING ADMINISTRATIVE RECORD.**

The Administrative Record in the prior related bid protest, *Info. Scis. Corp*. v. *United States* (No. 05-1342) consists of AR 1-2539. The Administrative Record in this bid protest, *Info. Scis. Corp*. v. *United States* (No. 07-744) consists of AR 2540-88 and AR Tab 158.

In addition, the court has determined that the Administrative Record should be supplemented with nine documents listed below,[1] introduced before, during, or after the November 29, 2007 hearing:

---

[1] *See Al Ghanim Combined Group Co. Gen. Trad. & Cont. W.L.L.* v. *United States*, 56 Fed. Cl. 502, 508 (Fed. Cl. 2003) (stating that the Administrative Record may be supplemented "when

June 17, 2005 "PA01" Modification of Contract No. GSOOT05NSC0002 (AR Tab 159).

November 8, 2007 "PS02" Modification of Contract No. GSOOT05NSC0005 (AR Tab 160).

November 29, 2007 Declaration of Mr. Robert Abood, the Contracting Officer ("Nov. 29, 2007 Abood Decl.") (AR Tab 161).

December 7, 2007 Declaration of Mr. Gregory Portnoy, Plaintiff's President ("Dec. 7, 2007 Portnoy Decl.") (AR Tab 162).

December 10, 2007 Declaration of Mr. Edward Meyers, Attorney at Kirkland & Ellis LLP ("Dec. 10, 2007 Meyers Decl.") (AR Tab 163).

December 14, 2007 "PS03" Modification of Contract No. GSOOT05NSC0005 (AR Tab 164).

January 3, 2008 Declaration of Mr. Robert Abood ("Jan. 3, 2008 Abood Decl.") (AR Tab 165).

February 8, 2008 "PS04" Modification of Contract No. GSOOT05NSC0005 (AR Tab 166).

February 23, 2008 Affidavit of Mr. Ariel M. Friedler, President of Defendant-Intervenor ("Feb. 23, 2008 Friedler Aff.") (AR Tab 167).

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**

---

necessary . . . [and] without which the court cannot fully understand the issues.") (citation omitted); *see also Esch* v. *Yeutter*, 876 F.2d 976, 991 (D.C. Cir. 1989) (The Administrative Record may be supplemented when: "(1) when agency action is *not adequately explained* in the record before the court; (2) when the agency *failed to consider factors* which are relevant to its final decision; (3) when an agency considered evidence which it *failed to include in the record*; (4) when a case is so *complex* that a court *needs more evidence* to enable it to understand the issues clearly; (5) in cases where *evidence arising after* the agency action shows whether the decision was *correct or not*[.]") (quotation omitted) (emphasis added).