# In the United States Court of Federal Claims

No. 07-744C
Filed: March 10, 2008

| | |
|---|---|
| INFORMATION SCIENCES CORP., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), | |
| Plaintiff-Intervenor, | |
| and | |
| SYMPLICITY CORPORATION, | |
| Defendant-Intervenor. | |

**PROTECTIVE ORDER**

The following individuals are hereby authorized only to view page 55 of the court's non-redacted Memorandum Opinion and Order in this case, issued to the parties' counsel on March 7, 2008:

1. Mr. Ariel Friedler, President of Symplicity Corp.

2. Mr. Martin Hudson, President of DEVIS, Inc.

3. Mr. Greg Portnoy, President of Information Sciences Corp.

4. Authorized GSA personnel. *See* Oct. 26, 2007 Prot. Order ¶ 2(d).

These individuals are not authorized to view any other protected materials in this case, as defined in ¶ 1 of the October 26, 2007 Protective Order.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**