# In the United States Court of Federal Claims

**No. 07-744 C**

**INFORMATION SCIENCES CORP.,**
**Plaintiff,**

**JUDGMENT**

**GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (D/b/a Development InfoStructure or DEVIS),**
**Plaintiff-Intervenor,**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**SYMPLICITY CORPORATION,**
**Defendant-Intervenor.**

Pursuant to the court's Published Memorandum Opinion and Order, filed March 18, 2008, granting Information Sciences Corporation's Motion for Judgment on the Administrative Record and DEVIS's Motion for Judgment on the Administrative Record in part.

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that GSA'a September 28, 2007 re-award of FBO Contract No. GSOOT05NSC005 is set aside. GSA is ordered to issue a revised Solicitation and award the FBO Contract as soon as possible.

John S. Buckley
Acting Clerk of Court

**March 19, 2008** By: s/Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.