**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **INFORMATION SCIENCES CORP.,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 07-744C** |
| **UNITED STATES OF AMERICA,** | **Judge Susan G. Braden** |
| **Defendant,** | |
| **and** | |
| **DEVELOPMENT INFOSTRUCTURE INC., Intervenor-Plaintiff** | |
| **and** | |
| **SYMPLICITY CORPORATION,** | |
| **Intervenor-Defendant** | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff Information Sciences Corporation respectfully moves this court pursuant to Rule 6.1 of the Rules of the Court of Federal Claims for an enlargement of time to file its Reply to Defendant's Response to Plaintiff's Application for Fees and Costs Pursuant to the Equal Access to Justice Act.

Plaintiff's Reply is currently due on August 7, 2008. We request that the court grant Plaintiff seven additional days to file its Reply, until August 14, 2008, due to the travel schedule of Plaintiff's counsel. We attempted to contact Defendant's counsel but were unable to discuss this motion with him prior to filing.

Therefore we respectfully request that the court grant Plaintiff's Motion for an Enlargement of Time to file its Reply to Defendant's Response to Plaintiff's Application for Fees and Costs Pursuant to the Equal Access to Justice Act.

Respectfully submitted,

s/ William A. Shook
William A. Shook
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: August 5, 2008