# In the United States Court of Federal Claims

No. 07-744C
Filed: August 6, 2008

**************************************
INFORMATION SCIENCES CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis),

Intervenor-Plaintiff,

and

SYMPLICITY CORPORATION,

Intervenor-Defendant.
**************************************

**ORDER**

Plaintiff's August 5, 2008 Motion For Enlargement of Time is hereby **GRANTED**. Plaintiff will file the Reply to Defendant's Response to Plaintiff's EAJA Application by August 14, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**