# In the United States Court of Federal Claims

No. 07-744C
Filed: August 11, 2008

*************************************
INFORMATION SCIENCES CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis),

Intervenor-Plaintiff,

and

SYMPLICITY CORPORATION,

Intervenor-Defendant.
*************************************

**ORDER**

Defendant's August 8, 2008 Motion For Leave To File Sur-Reply is hereby granted. The Sur-Reply will be due on or before August 22, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**