**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-744C |
| Defendant, | ) | (Judge Braden) |
| and | ) | |
| DEVELOPMENT INFOSTRUCTURE | ) | |
| Intervenor-Plaintiff, | ) | |
| and | ) | |
| SYMPLICITY CORP., | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of four days, to and including August 26, 2008, within which to file its sur-reply to Devis' application for fees and expenses under the Equal Access to Justice Act. Defendant's sur-reply is currently due on August 22, 2008. This is defendant's first request for an enlargement of time to file its sur-reply. Counsel for Devis states that Devis does not oppose the motion.

There is good cause for this motion. Commitments in other cases have left defendant's counsel without sufficient time to respond fully to Devis' reply. The vacation plans of defendant's counsel further hampered defendant's ability to prepare the sur-reply. Defendant also needs time to obtain necessary agency review and supervisory review of its filing.

For the foregoing reasons, the United States respectfully requests that the Court grant its motion for enlargement of time within which to file its sur-reply to Devis' EAJA application.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
AMANDA L. TANTUM
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W
Washington, D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

August 22, 2008

Attorneys for Defendant