# In the United States Court of Federal Claims

No. 07-744C
Filed: August 25, 2008

| | |
|---|---|
| INFORMATION SCIENCES CORP., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant, | * |
| and | * |
| GALLAGHER, HUDSON, HUDSON & HUNSBERGER, INC. (d/b/a Development Infostructure or Devis), Intervenor-Plaintiff, | * |
| and | * |
| SYMPLICITY CORPORATION, Intervenor-Defendant. | * |

## ORDER

Defendant's August 22, 2008 Unopposed Motion For Enlargement Of Time is hereby granted. Defendant's Sur-Reply will be due on or before August 26, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**