# EXHIBIT 1

# LAWCATALOG.com

your online store for professional legal and business information

ALM

Monday September 15, 2008 CUSTOMER SERVICE Search: submit

**Displaying records 1 through 20 of 34** **Next**

**Available choices for this selection:** --Media Types-- --Practice Areas-- Go

| Products | Authors | Practice | Brand Imprint | Price |
|---|---|---|---|---|
| ☆ 1. **Annual Compensation Survey for Paralegals 2008 Edition (CD-ROM)** (Non CLE CD-ROMs) Annual Compensation Survey for Paralegals 2008 Edition (CD-Rom) | | Legal Market Research | Altman Weil Publications | $370.00 Buy! |
| ☆ 2. **Annual Compensation Survey for Paralegals 2008 Edition (Print and CD-ROM)** (CD-ROM/Print Combo) Annual Compensation Survey for Paralegals 2008 Edition (Print and CD-Rom) | | Legal Market Research | Altman Weil Publications | $525.00 Buy! |
| 3. **Retirement and Withdrawal Survey for Private Law Firms (PDF)** (Electronic Download) Retirement and Withdrawal Survey for Private Law Firms 2008 Edition | | Legal Market Research | Altman Weil Publications | $375.00 Buy! |
| 4. **Annual Compensation Survey for Paralegals Edition 2008 (Print)** (Print) Annual Compensation Survey for Paralegals/Legal Assistants & Managers '08 | | Legal Market Research | Altman Weil Publications | $395.00 Buy! |
| 5. **Small Law Firm Economics, 2007 Edition (PDF Download)** (Electronic Download) Small Law Firm Economics, 2007 Edition (PDF Download) | | Legal Market Research | Altman Weil Publications | $247.50 Buy! |
| 6. **Small Law Firm Economics (20 or fewer attorneys) 2007 Edition (Print)** (Print) | | Legal Market Research | Altman Weil Publications | $275.00 Buy! |

| | | | | |
|---|---|---|---|---|
| Small Law Firm Economics (20 or fewer attorneys) | | | | |
| 7. **Retirement and Withdrawal Survey for Private Law Firms (Combo Print/CD-ROM)** (CD-ROM/Print Combo) Retirement and Withdrawal Survey for Private Law Firms (HC/CD-ROM) | Legal Market Research | Altman Weil Publications | $525.00 | Buy! |
| 8. **2007 Law Firm Practice Group Management Survey (PDF)** (Electronic Download) 2007 Law Firm Practice Group Management Survey (PDF) | Legal Market Research | ALMResearch | $750.00 | Buy! |
| 9. **Retirement and Withdrawal Survey for Private Law Firms (Print)** (Print) | Legal Market Research | Altman Weil Publications | $425.00 | Buy! |
| 10. **Small Law Firm Economics 2007 Edition (CD-ROM)** (Non CLE CD-ROMs) Small Law Firm Economics 2007 Edition (CD-Rom) | Legal Market Research | Altman Weil Publications | $247.50 | Buy! |
| 11. **Retirement and Withdrawal Survey for Private Law Firms (CD-ROM)** (Non CLE CD-ROMs) Retirement and Withdrawal Survey for Private Law Firms (CD-ROM) | Legal Market Research | Altman Weil Publications | $375.00 | Buy! |
| 12. **Small Law Firm Economics 2007 Edition (Combo Print/CD-ROM)** (CD-ROM/Print Combo) Small Law Firm Economics 2007 Edition (HC/CD) | Legal Market Research | Altman Weil Publications | $297.50 | Buy! |
| 13. **2007 Law Firm Practice Group Management Survey** (Electronic Download) | Legal Market Research | ALMResearch | $900.00 | Buy! |
| 14. **In-House Ethics - Views from Inside and Outside Counsel** (Electronic Download) | Litigation | The Recorder | $99.00 | Buy! |
| 15. **Annual Compensation Survey for Paralegals 2008 Edition (PDF Download)** (Electronic Download) Annual Compensation Survey for Paralegals 2008 Edition (PDF) | Legal Market Research | Altman Weil Publications | $370.00 | Buy! |
| 16. **Law Department Compensation Benchmarking Survey, 2007 Edition** | | | | |

| | | | | |
|---|---|---|---|---|
| **(Print)**<br>**(Print)**<br>Law Department Compensation Benchmarking Survey, 2007 Edition | Legal Market Research | Altman Weil Publications | $387.50 | Buy! |
| **17. Law Department Compensation Benchmarking Survey (PDF Download)**<br>**(Electronic Download)**<br>Law Department Compensation Benchmarking Survey (PDF) | Legal Market Research | Altman Weil Publications | $337.50 | Buy! |
| **18. Compensation Systems in Private Law Firms, 2006 Edition (Print)**<br>**(Print)**<br>Compensation Systems in Private Law Firms, 2006 Edition | Legal Market Research | Altman Weil Publications | $300.00 | Buy! |
| **19. Senior Leadership Survey for Law Firms, 2007 Edition (Print)**<br>**(Print)**<br>Senior Leadership Survey for Law Firms, 2007 Edition | Legal Market Research | Altman Weil Publications | $425.00 | Buy! |
| **20. Senior Leadership Survey for Law Firms (CD-ROM)**<br>**(Non CLE CD-ROMs)**<br>Senior Leadership Survey for Law Firms (CD-ROM) | Legal Market Research | Altman Weil Publications | $350.00 | Buy! |

1 2 Next ▸

An incisivemedia company
incisivemedia.com

About ALM | Customer Service | Site Map
Terms of Use | Privacy Policy | Links | Logout

Copyright 2008 ALM Properties, Inc. All rights reserved.

Incisive Media 120 Broadway, New York, NY 10271 lawcatalog@incisivemedia.com phone: 800-603-6571